# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

SATTAR SHANKO,

                          Petitioner,

v.

I.C.E.,

                          Respondent.

Case No.:  19cv1726 LAB (JLB)

**ORDER OF DISMISSAL**

Petitioner Sattar Shanko, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, and was granted leave to proceed in forma pauperis.  The Court screened his petition under 28 U.S.C. §§  1915(e)(2)(b) and 1915A(b), dismissed it. If he believed he could correct the defects the Court identified, he was given until May 15, 2020 to file an amended petition by mail.

Shanko has not filed an amended petition, nor did he request additional time in which to do so.   This action is **DISMISSED WITHOUT LEAVE TO AMEND** both for reasons set forth in the Court's earlier order of dismissal, and for failure to prosecute.

**IT IS SO ORDERED**.

DATED:  June 1, 2020

_____

Hon. Larry Alan Burns
Chief United States District Judge